JS 

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 15CR00680(JMF) |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 19cr 700 - FLE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
|---|---|---|---|
| Timothy J Kroll<br>Newton, PA<br><br>FILED<br>DEC 6 2019<br>KATE...., Clerk | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE | | |
| | Jesse Matthew Furman, U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 10, 2017 | TO October 10, 2022 |

**OFFENSE**

Count 1: Conspiracy to Commit Securities Fraud in violation of title 18USC371, Count 2: Manipulative and Deceptive Devices in violation of title 15USC78, Count 3: Attempt and Conspiracy to Commit Wire Fraud in violation of title 18USC1349, ; Count 4: Fraud by Wire, Radio, or Television in violation of title 18USC1343, Count 5 & 6: Money Laundering – Fraud, Other in violation of title 18USC1956 & 18USC1596, Count 7: Illegal Monetary Transactions in violation of title 18USC1957.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_December 5, 2019_
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JS

_December 10, 2019_
*Effective Date*

FILED DEC 10 2019 KATE...., Clerk

*United States District Judge*